76.145-03

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 09 2015
Abel Acosta, Clerk

CAUSE NO. 698837-C     4/6/15

THE COURT OF CRIMINAL APPEALS
201 W. 14TH ST. ROOM 106. 78701
P.O. BOX 12308 AUSTIN, TEXAS. 78711-2308

VALENTINE FACUNDO     §     IN THE 177 DISTRICT
VS.                   §     COURT
THE STATE OF TEXAS          OF
                            HARRIS COUNTY, TEXAS

RE: REQUESTING STATUS OF APPLICANTS' WRIT
OF HABEAS CORPUS 11.07 WHICH WAS FILED
ON JULY 10, 20013 ALONG WITH A
MEMORANDUM ACTUAL INNOCENT IN
CAUSE NO. 698837-C.

WILL YOU PLEASE CHECK YOUR FILES TO SEE
IF THE COURT MADE ANY DECISIONS ON
MY WRIT OF HABEAS CORPUS 11.07 AND
MEMORANDUM.

RESPECTFULLY SUB.
THANK YOU! YOUR TIME IN THIS     VALENTINE FACUNDO
MATTER IS GREATLY APPRECIATED.   # 740730

AIRPARK UNIT
3700 WRIGHT
BIG SPRING, TX
79720